**WO**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fonovisa, Inc., a California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and UMG Recordings, Inc., a Delaware corporation, | ) ) ) ) ) Case No.: CV06-1122-PHX-SMM |
| Plaintiffs, | ) ) **ORDER** |
| vs. | ) ) ) |
| Juan Estrada and Yolanda Estrada, husband and wife | ) ) ) |
| Defendants. | ) ) ) ) ) ) |

The Court having considered Plaintiffs' Motion to Enlarge Time to Serve (dkt. 9) and good cause appearing therefore,

**IT IS HEREBY ORDERED GRANTING** Plaintiffs' Motion to Enlarge Time to Serve.  (Dkt. 9.)

**IT IS FURTHER ORDERED** that Plaintiffs shall serve the Summons and Amended Complaint in this matter no later than March 25, 2007.

DATED this 22nd day of January, 2007.

Stephen M. McNamee
United States District Judge